## CHARLES H. WOODBURN ET AL.
### v.
## EDGAR G. BAUM.

*Practice.*

Judgment reversed under rule 27, no brief having been filed by appellee.

[Opinion filed June 25, 1891.]

APPEAL from the Circuit Court of Whiteside County; the Hon. JAMES H. CARTWRIGHT, Judge, presiding.

Messrs. JOHN G. MANAHAN, for appellants.

Messrs. O. F. WOODRUFF and J. D. ANDREWS, for appellee.

*Per Curiam.* The appellees have failed to file any brief in this case as required by rule 26 of this court, and in accordance with rule 27, the judgment of the court below may be reversed and the cause remanded in our discretion. We are requested by attorney for appellant to reverse the judgment and remand the cause, in pursuance of such rule 27. It is therefore ordered that the judgment in the above entitled cause rendered by the Circuit Court be reversed and the cause remanded.

*Reversed and remanded.*

Judge CARTWRIGHT, having tried the case below, took no part in the decision here.